UNITED STATES FIDELITY AND GUARANTY COMPANY, PLAINTIFF-RESPONDENT, v. VICTORIA DAVIS, DEFENDANT-PETITIONER.

See same case below: 21 *N. J. Super.* 405.

*Mr. Thomas L. Zimmerman* and *Mr. Robert W. Mac-Queston* for the petitioner.

February 16, 1953. Granted.

SIDNEY GREENSPAN, ET AL., PLAINTIFFS-PETITIONERS, v. THOMAS SLATE, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 22 *N. J. Super.* 344.

*Mr. Sylvester S. Garfield* for the petitioners.

February 16, 1953. Granted.